M/D 1

IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
THE MIDDLE DISTRICT OF ALABAMA

Freddie L. Yelverton )
Covington County Jail )
Full name and prison name of )
Plaintiff(s) )
)
v. )  CIVIL ACTION NO. 2:11-CV-394-TMH
)  (To be supplied by Clerk of U.S. District
Dennis Meeks )  Court)
Preston Huges )
Southern Health Partners )
)
Covington County Jail )
Covington County )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

2011 MAY 24 A 9:58

DEBRA P. HACKETT
U.S. DISTRICT C...
MIDDLE DISTR...

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____NONE_____

         Defendant(s) _____NONE_____

      2. Court (if federal court, name the district; if state court, name the county)

         _____NONE_____

3. Docket number __NONE__

4. Name of judge to whom case was assigned __NONE__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __NONE__

6. Approximate date of filing lawsuit __NONE__

7. Approximate date of disposition __N-A__

II. PLACE OF PRESENT CONFINEMENT __Covington County Jail 290 Hillcrest Drive Andalusia, Al 36420__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Covington County Jail 290 Hillcrest Drive Andalusia, Al 36420__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Dennis Meeks | Covington County Jail Andalusia, Al 36420 |
| 2. | Preston Huges | " " |
| 3. | Southern Health Partners | " " |
| 4. | Covington County | ~~One Court House Square~~ |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __4-20-2011__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __I was denied medical apperatus to Help staBilize my safty I need my walking stick and my special shoes__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

4-20-2011 Covington County Jail Andalusia. Al 36420 Southern Health Partners

I have A knee fusion which is one Leg is striate

GROUND TWO: Prisoners Being denied accuess to copies of Federal Rules of Civil Procedures and opening Legal mail and not haveing accues to Law LiBrary or LiBrary

SUPPORTING FACTS: Covington County Jail Andalusia, Al 36420 Dennis Meeks and Preston Hughes

4-20-2011

GROUND THREE: Metal light fixure and windows sills in the shower area are rusty and sharp edges are falling off alone with moleding in the shower area dangerous safty hazard

SUPPORTING FACTS: Covington County Jail Dennis Meeks, and Preston Hughes

4-20-2011

Ground Four: Drains in showers have leeches in them (Time, place and manner and persons involved) 4-20-2011 Covington County
Dennis Meek  Preston Hughes

Ground Five: All inmate including cooks should be screened for chronic diseases such as H.I.V. and Hepatit Ect. before you come to the back in population (Time, place and manner and persons involved)
Dennis Meek  Preston Hughes  Covington County 4-20-11

Ground six: the people with no money get no toothpaste or ~~Deorant~~ Deordorant
Time, place and manner and persons involved 4-20-2011
Dennis Meek  Preston Huges  Covington County

Ground seven: We aren't getting dietary supplement amount or enough calories daily  4-20-11
Time, place and manner and persons involved
Dennis Meek  Preston Huges  Covington County

Ground eight: Denialed cleaning supply's you have dust, dirt, filth on fence upstairs and down falling on the eating areas in dayroom. Time, place and manner and person involved
Dennis Meek  Preston Huges  Covington County

Ground Nine: Plumbing Leaks have water every where people Track it everywhere Leading To Bad Safy hazard
Time, place and manner and person involved  4-20-11
Dennis Meek  Preston Huges  Covington County

Ground Ten: No recreational time inside or outside
Time, place and manner and person involved
Dennis Meek  Preston Huges  4-20-2011

Ground Eleven: Snakes in The cell Blocks Two so far
Time, place and manner and person involved
Dennis Meek  Preston Huges  4-20-2011

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Too Fix All ground inside The Jail I would Like to get compensation For All my grounds I Like compensation pain And Suffering $50.000

*Freddie Yelverton*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-12-2011.
(Date)

*Freddie Yelverton*
Signature of plaintiff(s)

Freddie Yelverton
Covington County Jail
190 Hillcrest Drive
Andalusia, AL. 36420



Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

Official Business