IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| FREDDIE L. YELVERTON, | * | |
| Plaintiff, | * | |
| v. | * | 2:11-CV-394-TMH |
| DENNIS MEEKS, *et al*., | * | |
| Defendants. | * | |

_____

**ORDER**

Plaintiff filed this 42 U.S.C. § 1983 action on May 24, 2011. At the time he filed this complaint, Plaintiff was incarcerated at the Covington County Jail located in Andalusia, Alabama. On July 29, 2011 the envelopes containing Plaintiff's copies of a Recommendation of the Magistrate Judge filed July 11, 2011 and an order filed July 18, 2011 were returned to the court marked as undeliverable because Plaintiff is no longer at the address he provided to the court when he filed this action.

All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. Plaintiff was notified of this requirement in the court's order of procedure. (*See Doc. No. 4*.) Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court with a current address since the inception of filing the instant complaint. Accordingly, the court concludes that Plaintiff shall be granted an opportunity

to show cause why his complaint should not be dismissed for his failure to keep the court informed of his current address.

Accordingly, it is ORDERED that:

1.  On or before **August 8, 2011** Plaintiff SHOW CAUSE  why his complaint should not be dismissed for his failure to provide the court with his current address.  Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice; and

2.   The Clerk of Court SEND copy of this order to Defendants and to Plaintiff at his last known address.

Done, this 29th day of July 2011.

       /s/Charles S. Coody
       CHARLES S. COODY
       UNITED STATES MAGISTRATE JUDGE