IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDDIE L. YELVERTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11cv394-TMH |
| ) | |
| DENNIS MEEKS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On July 11, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed (doc. # 15).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby ADOPTED.

2. That the plaintiff's claims against the Covington County Jail be and are hereby DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

3. That the plaintiff's claims against Covington County, Alabama and Southern Health Partners be and are hereby DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

4. Defendants Covington County Jail, Covington County, Alabama, and Southern Health Partners be and are hereby DISMISSED as defendants in this cause of action.

5. That this case, with respect to the plaintiff's claims against the remaining defendants be and are hereby REFERRED BACK to the Magistrate Judge for appropriate

proceedings.

Done this the 6th day of September, 2011.

/s/ Truman M. Hobbs

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE